**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6167**

———————————

JERRY L. LINDSEY,

Plaintiff - Appellant,

versus

LIEUTENANT FEICKERT; CAPTAIN BOYLES; SERGEANT
DANIELS; SERGEANT QUINN; OFFICER PHILLIPS;
OFFICER CARPENTER,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, Senior Dis-
trict Judge.  (CA-00-815-5-BR)

———————————

Submitted:  April 27, 2001          Decided:  May 23, 2001

———————————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jerry L. Lindsey, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry L. Lindsey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Lindsey v. Feickert, No. CA-00-815-5-BR (E.D.N.C. Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED